# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134846

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

              SC: 134846
              COA: 262673
              Barry CC: 02-100200-FH

TIMMY ALLEN ROSENBERG,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the July 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007           _____

d1213                 Clerk